JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

SILVESTRE ELA,                      )   No. CV 14-01830-SJO (VBK)
                                    )
              Petitioner,           )   JUDGMENT
                                    )
     v.                             )
                                    )
JERRY POWER,                        )
                                    )
              Respondent.           )
                                    )
_____ )

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

May 15, 2015.

DATED:_____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE